AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES Bankruptcy COURT

**NORTHERN** DISTRICT OF **MISSISSIPPI**

James D and Elizabeth A. Ford

V.

Rides to Go, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 22-01017-SDM

| PRESIDING JUDGE<br>Selene D. Maddox | PLAINTIFF'S ATTORNEY<br>Kim Bowling | DEFENDANT'S ATTORNEY<br>Clark Trout |
|---|---|---|
| TRIAL DATE (S)<br>11/15/2022 | COURT REPORTER<br>ecro | COURTROOM DEPUTY<br>Whitley Caradine |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 11/15/2022 | | | James Ford - Testimony |
| | | | | | |
| | x | 11/15/2022 | | | Jerry Etheridge, Owner of Rides to Go, Inc. - Testimony |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages