CM/ECF clkdflt
(Rev. 05/26/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re: James D. Ford and Elizabeth A. Ford ) <br> Debtor(s) ) <br> ) <br> ) <br> ) | Case No.: 22−12848−SDM <br> Chapter: 13 |
| James D. Ford ) <br> Plaintiff(s) ) <br> vs. ) <br> Rides To Go, Inc. ) <br> Defendant(s) ) | Adversary Proceeding No.: <br> 22−01017−SDM |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

    Defendant: Vick L. Etheridge, Rides To Go, Inc., & Clark Trout

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/20/22

                        Shallanda J. Clay
                        Clerk, U.S. Bankruptcy Court
               BY: WC
                          Deputy Clerk