___

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: ELIZABETH AND JAMES FORD | CASE NO.: 22-12848-SDM |
| DEBTORS | CHAPTER 13 |
| ELIZABETH AND JAMES FORD | PLAINTIFFS |
| v. | ADV. PRO. NO.: 22-01017-SDM |
| RIDES TO GO, INC. | DEFENDANT |

### ORDER SETTING HEARING ON THE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

This adversary proceeding comes before the Court on the Plaintiffs' *Motion for Default Judgment* (the "Motion") (A.P. Dkt. #18). The Court is of the opinion that a hearing is necessary to consider whether the Plaintiffs are entitled to any damages and, if so, the amount of damages (including attorney's fees). The Court expects the Plaintiffs to be prepared at the hearing to submit any applicable law and facts relevant to help the Court make its damages determination.

It is, therefore, **ORDERED**, that a live, in-person hearing shall be conducted on Tuesday, February 14, 2023 at 10:00 a.m. at the Thad Cochran U.S. Courthouse, 703 Hwy 145 North, Aberdeen, Mississippi 39730.

##END OF ORDER##